UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN Z. JENKINS,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC,<br><br>Defendant. | No. 2:25-cv-2184 DAD SCR PS<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action is accordingly referred to the undersigned for pretrial proceedings by Local Rule 302(c)(21). This action was removed to federal court on August 5, 2025. ECF Nos. 1. Defendant answered the complaint (ECF No. 6).

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for **September 18, 2025** at **11:00 a.m.** to **be convened over Zoom** before Magistrate Judge Sean C. Riordan. A The courtroom deputy will provide dial-in instructions approximately one week before the conference.
2. Not later than **fourteen (14) days prior** to the Status Conference, the parties shall file a joint status report, or separate status reports if necessary, addressing the following matters:
    a. Service of process;
    b. Possible joinder of additional parties;
    c. Any expected or desired amendment of the pleadings;

1

      d.  Jurisdiction and venue;

      e.  Anticipated motions and their scheduling;

      f.  The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

      h.  Special procedures, if any;

      i.  Estimated trial time;

      j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

      k.  Whether the case is related to any other cases, including bankruptcy;

      l.  Whether a settlement conference should be scheduled;

      m.  Whether the parties will stipulate to the magistrate judge assigned to this matter acting as a settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference before another judge;

      n.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: August 18, 2025

SEAN C. RIORDAN  
UNITED STATES MAGISTRATE JUDGE